[CIVIL COMPLAINT]

Christopher Foster, Case No. 22-CV-2153
Plaintiff,

vs

Chief Judge, Marbley
Magistrate Judge, Gentry

Ohio Prison
4545 Fisher Road Suit O
Columbus, Ohio 43228

Ohio Police
824 Broadway Street
Cincinnati, Ohio 45202

Congress
First Street S.E.
Washington, D.C. 20004

Justice Department
950 Pennsylvania Ave. N.W.
Washington, D.C. 20500

[ This IS THE AMENDED COMPLAINT ]
(A). These Defendant(s) are liable:
(1). My initial Complaint (Doc.#6) was taken as a, motion, for reasons out of my control, thus, these Defendant(s) have failed to Comply, under 42USCS 12101(b)(3), and 28CFR 35.190(b)(6), resulting imminent danger;

(2). This is the third complaint I have filed or mailed to this Court, so that only the EXHIBITS for the second complaint are all that made it to this Court (Doc.#7) from what I have been made aware of;

(3). due to the level of interference at hand, before I can participate in a case about the imminent danger this Court is already aware of (Page ID#8-9), the barrier blocking my access to participate in this litigation must be removed consistent with post 2016 amendments of the ADA through the Rehabilitation Act, and I reserve this Completion of Complaint matter until I can attain a preliminary injunction to remove the Court access barriers under 2 USCS 1331 (d)(5), as soon as possible;

(4). As far as the Exhibits (Doc.#7) one of them is there about the State using a legal mail invading method forbidden by the law of the Circuit in Sallier V. Brooks, 343 F.3d 868, 877 (6th Cir.);

(5). There is an Exhibit about the (Doc.#7) increase of mental disabilities caused by the State's increased attack against my seeking enforcement, notice, etc., of both my personal condition rights, as well as my Federal Model Employer application complaint rights, relevant to 28CFR35.140(b)(1), so that I can put my investigative, hire, firing, etc., deterrent skills to use in the Federal Government when it comes to the administrative law about disabled people;

(6). Less than two months ago from today, I was notified by medical staff that I am no longer severely mental illness bound, to the extent that I have been for reasons outside of my control, removed from the caseload;

(7). There are also two more Exhibits' (Doc.#7) about this complaint the court has not recieved doth result of 42USCS 12203(b) issues to my court access, and of that filling is a $ Three dollar fee for Nurse Davis re-bandaging my bullet wound issue;

(8). I shall resume this Complaint process once I get access to Court by injunction on an preliminary interlocutory basis about imminent danger issues [ongoing] that do not require me to speak towards my extent of being disabled, under 28CFR35.137(c)(1), with respect to the unbareable pain I endure daily, or the potential of death as I go (PageID# 9-8) untreated, nor does law accord me going into the irrelevant issue of emotional distress, as the Supreme Court Chief Justice explained in Cummings v. Premier, 142 S.Ct. 1562, 1566;

Relief

At this point I reserve the filing process here until the Court brings the Defendant(s) into Compliance on an administrative basis that gives me Court access to participate in this Case.

I verify/State under penalty of perjury, that the following is true.

Date: July 26th, 2022          Christopher Foster