# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | : | Case No. 2:22-cv-2153 |
| Plaintiff, | : | District Judge Algenon L. Marbley |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| OHIO DEPARTMENT OF REHABILITATIONS AND CORRECTION, *et al.*, | : : : : | |
| Defendants. | : | |

## ORDER

The undersigned Magistrate Judge is currently considering Plaintiff's pro se Third Amended Complaint, entitled "Emergency Complaint for Joinder" (ECF No. 60), to determine if any part of it should be permitted to proceed or if it must be dismissed under 28 U.S.C. §§ 1915 and 1915A.[1] Since the Third Amended Complaint was docketed on August 20, 2024, Plaintiff has submitted several other filings. (ECF Nos. 61-69). These filings are premature because the Court must complete the screen before determining whether, and to what extent, this case should be allowed to proceed.

Accordingly, the Court **ORDERS** Plaintiff to stop filing documents in this case until the Court has completed the initial screen of his Third Amended Complaint, unless there is extraordinary cause to do so. **Re-asserting arguments or attempting to add**

---

[1] Despite its name, the Third Amended Complaint does not appear to present any emergency situation.

**additional arguments does not constitute extraordinary cause.** The undersigned will strike filings that do not demonstrate extraordinary cause, just as it struck many previous documents when Plaintiff repeatedly failed to comply with a previous order.  (*See* ECF No. 41, 43-47, 49-53).  Plaintiff is warned that **if he does not comply with *this* Order, he may face additional sanctions, up to and including dismissal of this case.**

The Clerk of Court is **DIRECTED** to hold service of the summonses (ECF No. 69) until further order of Court.

**IT IS SO ORDERED.**

                                                         */s/ Caroline H. Gentry*
                                                         CAROLINE H. GENTRY
                                                         UNITED STATES MAGISTRATE JUDGE