# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | : | Case No. 2:22-cv-2153 |
| Plaintiff, | : | Judge Algenon L. Marbley |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, *et al*., | : | |
| Defendants. | : | |

## NOTICE CONCERNING PLAINTIFF'S MAILING ADDRESS

Plaintiff recently filed a document herein titled "Mailing Address Situation." (Doc. No. 72.) He appears to ask the Court *not* to send mail to a certain address on Coitsville Hubbard Road. (*Id*. at PageID 669.)

The Court currently has a different address for Plaintiff on the docket:

NORTHEAST OHIO CORRECTIONAL CENTER
2240 HUBBARD ROAD
YOUNGSTOWN, OH 44505

If this address is incorrect, Plaintiff may file a Notice of New Address and provide the correct address. The Court will address the other part of Plaintiff's filing—the issue concerning the Court's mail—by separate order.

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge